# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D21-3527
_____

NIDIA CRUZ,

Appellant,

v.

AARON SAMUEL KOCH,

Appellee.

_____

On appeal from the Circuit Court for Nassau County.
Daniel F. Wilensky, Judge.

September 16, 2022

PER CURIAM.

AFFIRMED.

KELSEY, JAY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Nidia Cruz, pro se, Appellant.

No appearance for Appellee.